PROB 12C
(6/16)

Report Date: May 17, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frank Glenn Lambert | Case Number: 0980 2:14CR00170-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy Ohms | Date Supervision Commenced: October 12, 2016 |
| Defense Attorney: |  Matthew Campbell | Date Supervision Expires: October 11, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: Defendant shall not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.<br><br>**Supporting Evidence**: Mr. Lambert moved into an apartment that was within 500 feet of a city park, a direct violation of standard condition number 20.<br><br>On April 22, 2019, Mr. Lambert abruptly informed the undersigned that he was relocating from Spokane to Omak, Washington, as the residence he was living in was not going to work out for him. Mr. Lambert registered his new address of                Avenue, with the Okanagon County Sheriff's Office on April 26, 2019. During the investigation of this residence on May 7, 2019,  it was determined that Mr. Lambert's residence was within 500 feet of the East Side Park in Omak, Washington. Mr. Lambert was informed that he would need to vacate this residence immediately due to the proximity of the park.<br><br>On October 12, 2016, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions. |

Prob12C
**Re: Lambert, Frank Glenn**
**May 17, 2019**
**Page 2**

2  **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Lambert failed to report a change in residence at least 10 days prior to moving, a direct violation of standard condition number 6.

On May 7, 2019, the undersigned reported a new address in Omak, Washington, as it was determined his previous address was within 500 feet of a city park. On May 9, 2019, the undersigned officer investigated the residence with Mr. Lambert and an occupant of the residence. The undersigned officer temporarily approved the residence until further inspection by the U.S. probation officer who covers this specific area was able to conduct his investigation.

On May 16, 2019, a U.S. probation officer reported to Mr. Lambert's residence where he was contacted by an occupant of the residence who informed him that Mr. Lambert has not been at the residence in approximately 2 days, and that he was no longer living there. The occupant informed the U.S. probation officer that Mr. Lambert was living at his previous residence, which he was instructed to vacate by U.S. Probation on May 7, 2019, due to the proximity of a city park. Thereafter, the U.S. probation officer went to Mr. Lambert's previous residence where his exact vehicle was observed. The U.S. probation officer observed an individual looking through the window of the apartment, though nobody answered the door after attempts of knocking on the door.

On October 12, 2016, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

3  **Standard Condition #2** : The defendant shall report to the probation officer in a manner and frequency directed by the court of probation officer.

**Supporting Evidence:** Mr. Lambert failed to report to the probation officer as directed, a direct violation of standard condition number 2.

On May 16, 2019, Mr. Lambert was instructed by the undersigned officer to report to the U.S. Probation Office on May 17, 2019, before 10 a.m., in which Mr. Lambert acknowledged. On May 17, 2019, Mr. Lambert failed to report to the U.S. Probation Office as instructed.

On October 12, 2016, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Lambert, Frank Glenn**
May 17, 2019
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/17/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

May 17, 2019
Date