Report Date: May 24, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frank Glenn Lambert | Case Number: 0980 2:14CR00170-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: October 12, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 11, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/17/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 20**: Defendant shall not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.<br><br>**Supporting Evidence**: On May 22, 2019, Mr. Lambert was arrested on a warrant of arrest signed by the Honorable Chief Judge Rice on May 17, 2019. Collateral contact with the arresting deputy of the U.S. Marshals Service (USMS) indicated Mr. Lambert was located and arrested at the apartment of 431 Omak Avenue number 9, a residence Mr. Lambert was instructed to vacate on May 7, 2019, as it is within 500 feet of a city park. It should also be noted, the USMS deputy revealed to the undersigned that Mr. Lambert's belongings were at this residence.<br><br>On October 12, 2016, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/24/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

May 24, 2019

Date