# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 26, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Frank Glenn Lambert | Case Number: 0980 2:14CR00170-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

Original Offense: Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(June 6, 2019) | Prison - 1 month<br>TSR  - 3 years | | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: June 20, 2019 | |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 19, 2022 | |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: On June 17, 2019, the undersigned received a phone call from Mr. Lambert, who was at the Spokane County Jail. As previously reported to the undersigned via staff at the Federal Defender's Office, Mr. Lambert informed the undersigned that he would be staying at the Union Gospel Mission (UGM) in Spokane, Washington, upon his release. Furthermore, as previously relayed to Mr. Lambert via staff at the Federal Defender's Office, Mr. Lambert was again directed to physically report to the U.S. Probation Office on June 25, 2019.<br><br>On June 25, 2019, Mr. Lambert called the undersigned and stated it was his understanding that he didn't need to physically report to the U.S. Probation Office and that he did not report to UGM after his release, but is in Okanogan County. Mr. Lambert stated he would be able to get a ride into the U.S. Probation Office on June 26, 2019, for his intake appointment. On June 26, 2019, Mr. Lambert contacted the undersigned and stated he would |

not be able to make it to U.S. Probation on that date as instructed. Mr. Lambert has failed to report to the probation office within 72 hours of his release from imprisonment, a direct violation of standard condition number 1.

On June 6, 2019, Mr. Lambert appeared before the Court for the purpose of a supervised release hearing. It was at this time, Mr. Lambert informed the Court that he is aware of all the terms and conditions of his supervised release upon his release from imprisonment.

| | |
|---|---|
| 2 | **Mandatory Condition # 5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. 20901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of qualifying offense. |

**Supporting Evidence**: On June 20, 2019, Mr. Lambert was released from custody after being sentenced to 30 days imprisonment for supervised release violations on this case. Unbeknownst to the undersigned, Mr. Lambert informed the undersigned that he reported to Okanogan County upon his release from imprisonment and is currently homeless. After failing to show for his appointment at the U.S. Probation Office on June 25, 2019, Mr. Lambert informed the undersigned that he registered as homeless to the Colville Tribe of Indians. The undersigned informed him of the importance of also registering with Okanogan County, which he acknowledged.

On June 26, 2019, collateral contact with the Okanogan County Sheriff's Office revealed that Mr. Lambert has not registered with them and is thus non-compliant with sex offender registration requirements in Okanogan County, a direct violation of mandatory condition number 5.

On June 6, 2019, Mr. Lambert appeared before the Court for the purpose of a supervised release hearing. It was at this time, Mr. Lambert informed the Court that he is aware of all the terms and conditions of his supervised release upon his release from imprisonment.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/26/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_June 26, 2019_____
Date