PROB 12C
(6/16)

Report Date: August 23, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Glenn Lambert        Case Number: 0980 2:14CR00170-TOR-1

Address of Offender:        Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

Original Offense:        Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a)

Original Sentence:        Prison - 24 months        Type of Supervision: Supervised Release
                          TSR - 60 months

Revocation Sentence:      Prison - 30 days
(June 6, 2019)            TSR  - 36 months

Asst. U.S. Attorney:      Timothy J. Ohms        Date Supervision Commenced: June 20, 2019

Defense Attorney:         Andrea George         Date Supervision Expires: June 19, 2022

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the court. |

**Supporting Evidence**: On July 19, 2019, Mr. Lambert submitted to a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Lambert admitted to the undersigned, and via a signed document, that he used methamphetamine on July 16, 2019, a direct violation of mandatory condition number 3.

On July 19, 2019, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

    2    **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the court.

    **Supporting Evidence**: In response to Mr. Lambert failing to show for his random drug test on August 16, 2019, Mr. Lambert was directed to report to the U.S. Probation Office on August 20, 2019. On August 20, 2019, Mr. Lambert submitted a urine sample that tested presumptive positive for the presence of methamphetamine. Thereafter, Mr. Lambert admitted to a U.S. Probation officer, and via signed document, that he used an electronic cigarette that contained methamphetamine on August 18, 2019, a direct violation of mandatory condition number 3.

    On July 19, 2019, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/23/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

August 26, 2019
Date