Report Date: August 29, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Glenn Lambert  Case Number: 0980 2:14CR00170-TOR-1

Address of Offender:   Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | |
|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a) |
| Original Sentence: | Prison - 24 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Revocation Sentence: | Prison - 30 days |
| (June 6, 2019) | TSR  - 36 months |
| Asst. U.S. Attorney: | Timothy J. Ohms    Date Supervision Commenced: June 20, 2019 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: June 19, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/26/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

      3  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the court.

        **Supporting Evidence**: On August 20, 2019, Mr. Lambert submitted a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. Thereafter, Mr. Lambert signed a document admitting to methamphetamine use on August 20, 2019, a direct violation of mandatory condition number 3.

        On July 19, 2019, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/29/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

August 29, 2019

Date