PROB 12C
(6/16)

Report Date: August 25, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2020

SEAN F. MCAVOY, CLERK

Name of Offender: Frank Glenn Lambert           Case Number: 0980 2:14CR00170-TOR-1

Address of Offender:                                                          Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 6, 2019) | Prison - 30 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(September 11, 2019) | Prison - 4 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced:  December 6, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires:  August 5, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/20/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Lambert violated mandatory condition number 1 of his supervised release on August 21, 2020, by being cited for third degree driving without a license (DWLS), operating a motor vehicle without insurance, and failing to renew expired vehicle registration.<br><br>On December 9, 2019, the undersigned officer reviewed all mandatory, standard and special conditions with Mr. Lambert relative to case number 2:14CR00170-TOR-1.  He signed his judgment acknowledging an understanding of his conditions of supervision. |

Prob12C
**Re: Lambert, Frank Glenn**
**August 25, 2020**
**Page 2**

On August 21, 2020, Mr. Lambert was pulled over in Lincoln County, Washington. He was issued citations for DWLS, operating a motor vehicle without insurance, and failing to renew expired vehicle registration. He was arrested on his probation warrant.

7   **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged that Mr. Lambert violated mandatory condition number 1 of his supervised release on July 21, 2020, by being cited for driving without insurance and driving a vehicle with expired vehicle registration.

On December 9, 2019, the undersigned officer reviewed all mandatory, standard and special conditions with Mr. Lambert relative to case number 2:14CR00170-TOR-1. He signed his judgment acknowledging an understanding of his conditions of supervision

On July 21, 2020, Mr. Lambert was pulled over on a traffic stop after he was observed speeding 77 miles per hour in a posted 60 mile-per-hour zone. Mr. Lambert's vehicle displayed expired vehicle license tabs, which had expired on October 17, 2019. Mr. Lambert was also issued a citation for operating a motor vehicle without insurance. According to report number XZ0539618, he was DWLS, but was not cited.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/25/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Lambert, Frank Glenn**
**August 25, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

August 25, 2020
Date